**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| IN RE:  NOMINATION PETITION OF | :  No. 154 EAL 2018 |
| ROB BOWERS AS CANDIDATE FOR | : |
| MEMBER OF DEM EXECUTIVE | : |
| COMMITTEE WARD 36 DIVISION 4 | :  Petition for Allowance of Appeal from |
| | :  the Order of the Commonwealth Court |
| | : |
| PETITION OF:  ROB BOWERS | : |

## ORDER

**PER CURIAM**

  **AND NOW**, this 19th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.